**Order entered January 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00128-CV

## IN THE ESTATE OF ARDYCE DEUEL-NASH, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR 13-682-1**

## ORDER

This Court issued its original judgment on November 4, 2014. On December 1, 2014, we vacated the November 4, 2014 judgment and issued a new judgment. On January 15, 2015, we issued the mandate for the November 4, 2014 judgment that had been vacated. We **WITHDRAW** the mandate issued on January 15, 2015. A new mandate will issue in due course.

/s/     LANA MYERS
          JUSTICE